AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>150 HEGENBERGER CAPITAL LLC dba OAKLAND AIRPORT EXECUTIVE HOTEL,<br><br>    Defendant. | Case No. 3:23-cv-06578-AGT<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: December 21, 2023 |

**STIPULATION**

Plaintiff PAUL SPECTOR ("Plaintiff") and Defendant 150 HEGENBERGER CAPITAL LLC dba OAKLAND AIRPORT EXECUTIVE HOTEL ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

Defendant shall implement the service animal policy as specified in the separately agreed to Settlement Agreement.  The Court shall retain jurisdiction to enforce the Agreement pursuant to General Order 56 for a period of 90 days.

//

//

1  **IT IS SO STIPULATED.**

Dated:  April 26, 2024                              REIN & CLEFTON

                                                         */s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
PAUL SPECTOR

Dated:  April 26, 2024                              FISHER & PHILLIPS LLP

                                                         */s/ Kiki Y. Okpala*
By:  COLLIN D. COOK, ESQ.
     KIKI Y. OKPALA, ESQ.
Attorneys for Defendant
150 HEGENBERGER CAPITAL LLC dba
OAKLAND AIRPORT EXECUTIVE
HOTEL

## **FILER'S ATTESTATION**

        Pursuant to Local Rule 5-1, I hereby attest that on April26 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Kiki Y. Opala in the filing of this document.

                                                         */s/ Aaron Clefton*
Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __April 29__, 2024

_____
Honorable Alex G. Tse
U.S. Magistrate Judge

- 3 -